A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
AUG 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-14(1) DWF/AJB**

Robert Alicea

0641-0802-1277-0

To: The United States Marshal
and any Authorized United States Officer

2006 AUG -3 A 9:33
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY COMMANDED to arrest: Robert Alicea

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

August 2, 2006 at St. Paul, MN

(By) Gina Olsen, Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

______________________________________ ___________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 8-2-06
ARRESTED BY ___________
DISTRICT OF MINNESOTA
BY ___________

SCANNED
AUG 10 2006
U.S. DISTRICT COURT MPLS