UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-14(1) (DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| ROBERT ALICEA, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-14(1) (DWF/AJB)

Defendant Name

Robert Alicea

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

David P. Steinkamp

Dated: August 14, 2006

RACHEL K. PAULOSE
United States Attorney

s/Jeffrey S. Paulsen

BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID No. 144332