**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Roberto Alicea,<br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: David S. Doty<br>U.S. District Judge |

Case No: 00-14(1)(DWF/AJB)
Date: October 24, 2006
Court Reporter: Lorilee Fink
Time Commenced: 1:30 p.m.
Time Concluded: 1:35 p.m.
Time in Court: 5 Minutes

## APPEARANCES:

Plaintiff: David P. Steinkamp, Assistant U.S. Attorney
Defendant: Douglas B. Altman : CJA

## PROCEEDINGS:

: **Initial Appearance - Revocation Proceedings.** Final hearing to be scheduled before Judge Doty.

: Defendant admits allegations. 9 Defendant denies allegations.

: Defendant in custody.

s/Connie L. Baker
Calendar Clerk