**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Robert Alicea,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-14(1)(DWF/AJB) |
| Date: | April 30, 2007 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | 10 Minutes |

## APPEARANCES:

Plaintiff: Andrew Dunne , Assistant U.S. Attorney
Defendant: Douglas B. Altman ☒ CJA

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**

☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.

☒ Defendant is sentenced to: 36 months to run concurrently to the term of imprisonment in Docket No. 06cr269(2)(DSD/JJG). Deft's term of supervised release in said case is terminated.

☒ Written order to be issued.

s/Connie L. Baker
Calendar Clerk